June 30, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

RONALD DWAYNE WHITFIELD, Appellant

NO. 14-15-01077-CV                    V.

FIRST SERVICE CREDIT UNION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on December 7, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Ronald Dwayne Whitfield.

We further order this decision certified below for observance.